ACCEPTED
15-25-00104-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/12/2025 3:12 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00104-CV

_____

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/12/2025 3:12:23 PM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH COURT OF APPEALS AUSTIN, TEXAS

_____

PUBLIC UTILITY COMMISSION, *et al.*, Appellants

v.

CITY OF FULSHEAR, Appellee

_____

On appeal from the 53rd District Court of Travis County, Texas

_____

**UNOPPOSED JOINT MOTION FOR SECOND EXTENSION OF TIME TO FILE BRIEFS OF APPELLANTS**

_____

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

Appellants Public Utility Commission of Texas ("Commission") and North Fort Bend Water Authority ("NFBWA") (collectively, "Appellants") file this unopposed joint motion for an order extending the time to file the briefs of appellants in this appeal pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), and in support thereof would respectfully show:

Review of Current and
Requested Deadline and Basis for Request for Extension

1.    The current due date for the briefs of appellants in this appeal is September 8, 2025.

2.	Appellants respectfully request an extension of time for filing their briefs of appellants 30 days so that their initial briefs would need to be filed in this Court by no later than October 8, 2025.

3.	Appellants request this extension because lead counsel for appellants have events, deadlines and commitments between now and mid-September. Such deadlines and commitments for lead counsel for the Commission include the following:

- an appellate brief due on August 25, 2025, before this Court in the appeal styled *Publ. Util. Comm'n of Texas v. City of Denton, Operating as Denton Municipal Electric*, No. 15-25-00018-CV; and

- an appellate brief due on September 15, 2025, before this Court in the appeal styled *City of College Station v. Publ. Util. Comm'n of Texas*, No. 15-25-00096-CV.

In addition, lead counsel for NFBWA is responsible for on-going work in connection with time-sensitive transactions, proceedings before the Commission and other agencies, and in cases at the trial level including *City of Terrill v. Rose Hill Special Utility District*, Cause No. 119736-422 (422nd Judicial District, Kaufman County, Texas), and has several work, personal and family commitments requiring travel, during the months of August and September.

4.	In addition to the considerations set forth above, Appellee City of Fulshear ("Fulshear") has recently transmitted a settlement proposal to NFBWA. The earliest opportunity for this proposal to be presented and considered by the

Board of Directors of Directors of NFBWA is August 27, 2025. To conserve public resources, it is preferable for Fulshear's settlement proposal to be considered and addressed prior to moving forward with briefing.

5. One previous extension has been requested by Appellants and granted in connection with these briefs.

6. This motion is not filed for purposes of delay, but so that justice may be done.

<u>Certificate of Conference</u>

7. Undersigned counsel for NFBWA represents and certifies to the Court that he has communicated with counsel for Fulshear regarding this extension request, and that counsel for Fulshear has indicated that Fulshear is not opposed to this request.

<u>Prayer/Request for Relief</u>

Appellants respectfully request that the Court issue an order granting the requested extension thereby establishing a filing deadline for briefs of appellants of October 8, 2025.

Respectfully submitted,

By: /s/ Jordan Pratt (by permission)
JORDAN PRATT
Assistant Attorney General
State Bar No. 24140277

3

Environmental Protection Division
Office of the Attorney General
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
512-463-2012 tel.
512-320-0911 fax
Jordan.Pratt@oag.texas.gov

**ATTORNEYS FOR APPELLANT**
**PUBLIC UTILITY COMMISSION OF**
**TEXAS**


By:   /s/ Drew Miller
      ANDREW S. "DREW" MILLER
      State Bar No. 00786857


      KEMP SMITH LLP
      2905 San Gabriel St., Suite 205
      Austin, TX  78705
      (512) 320-5466
      (512) 320-5431 (fax)
      Drew.Miller@kempsmith.com

**ATTORNEYS FOR APPELLANT**
**NORTH FORT BEND WATER**
**AUTHORITY**

4

Certificate of Service

This is to certify that a true and correct copy of the foregoing has been sent via electronic filing system on this 12th day of August, 2025, to the following:

C. Joe Freeland
State Bar No. 07417500
Mathews & Freeland, LLP
8140 N. MoPac Expy, Ste 4-240
Austin, Texas 78759
512-404-7800 tel.
512-703-2785 fax
jfreeland@mandf.com

ATTORNEYS FOR APPELLEE CITY OF FULSHEAR

/s/Drew Miller
Andrew S. "Drew" Miller

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sharnezia Mitchell on behalf of Drew Miller
Bar No. 786857
AU.Secretary@kempsmith.com
Envelope ID: 104281497
Filing Code Description: Motion
Filing Description: unopposed joint motion for second extension of due date for briefs of appellants
Status as of 8/12/2025 3:42 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Andrew Miller | 786857 | Drew.Miller@kempsmith.com | 8/12/2025 3:12:23 PM | SENT |
| Clarence Freeland | 7417500 | jfreeland@mandf.com | 8/12/2025 3:12:23 PM | SENT |
| David Laurent | | david.laurent@oag.texas.gov | 8/12/2025 3:12:23 PM | SENT |
| Sharnezia Mitchell | | sharnezia.mitchell@kempsmith.com | 8/12/2025 3:12:23 PM | SENT |
| Jordan Pratt | | Jordan.Pratt@oag.texas.gov | 8/12/2025 3:12:23 PM | SENT |
| Colton Halter | | colton.halter@oag.texas.gov | 8/12/2025 3:12:23 PM | SENT |